AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Doran Anthony Satchel | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01309 |
| Rene Alexis Kizzi Satchel | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Doran Anthony Satchel                                                                                                        .

Date:    03/17/2025

/s/Michael Banchis
*Attorney's signature*

Michael Banuchis MB5251
*Printed name and bar number*

Green Kaminer Min & Rockmore LLP
420 Lexington Ave., Ste 2821
New York, NY 10170

*Address*

mbanuchis@gkmrlaw.com
*E-mail address*

(212) 681-6400
*Telephone number*

(212) 681-6999
*FAX number*