**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Doran Anthony Satchel
Plaintiff(s),

vs.

Rene Alexis Kizzi Satchel
Defendant(s).

ATTORNEY: GREEN KAMINER MIN & ROCKMORE LLP

CASE NUMBER: 1:25-CV-01309-BMC

DATE OF FILING: 03/07/2025

COURT DATE: 03/17/2025

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Inna Dvoretska, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **03/13/2025** at **7:38 AM** at **420 MacDonough St, Brooklyn, NY 11233**,
Deponent served the **Summons in a Civil Action, Civil Cover Sheet, Verified Petition for Return of the Children to Canada with Exhibits A & B, Proposed Copy of Summons in a Civil Action, Quality Control Check Attorney Case Openings (ACO), Petitioner's Motion to Expedite Proceedings and Issuance of Show Cause Order, Including Temporary Restraining Order, Preliminary Injunction, and Expedited Scheduling Order, Proposed Order, Order to Show Cause** upon **Rene Alexis Kizzi Satchel**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By affixing and taping a true copy to the entrance door of said property, which is defendants/respondents/recipients actual place of abode, dwelling place or usual place of abode within the state. Deponent was unable with due diligence to find defendant/respondent/recipient or a person of suitable age and discretion thereat having attempted service at said address on the following dates and times; 03/11/2025 7:39 PM (I rang video doorbell and knocked on the door. Female answered video doorbell and I asked to see Rene Alexis Kizzi Satchel. Female identified herself as the defendant. I told her that I had a delivery and that she needed to sign for it. Defendant told me that she was not home and that I should come back the next day at 9 AM), 03/12/2025 9:13 AM (I came back to defendant's residence at 9 AM and was knocking and ringing video doorbell, but no one answered either and I left at 9:13 AM), 03/13/2025 7:38 AM (I arrived to defendant's residence at 7 AM and waited for defendant to leave with her kids. I stayed at residence until 7:38 AM and never saw the defendant leave the house. I knocked on the door and rang video doorbell. As I was ringing the bell, male walked in and I asked him to see Rene. He told me he did not know who I was and tried to slam the door. I told him I had legal documents for Rene and male repeated that he did not know who I was and shut the door. As I was sitting in my car I saw same male leave the house with defendant's two children).

On **03/13/2025**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient last known place of residence in an official depository and by First Class Priority Mail 9405536208326282366770, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

March ___13___ 2025

Inna Dvoretska
License No. 2067056

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 100 Crossways Park Dr W, Ste 402, Woodbury, NY 11797  5162261073  Lic# 1422060
Case No: 1721360