UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of S.S. and A.S., ) <br> ) <br> DORAN ANTHONY SATCHEL ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> RENE ALEXIS KIZZI SATCHEL ) <br> ) <br> Respondent. ) <br> ) | No. 1:25-cv-01309 |

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq.***

Before the Court is the Verified Petition for the Return of the Children to Canada (the "Petition") (ECF No. 1). The Court directed Respondent or her counsel to show cause before this Court on March 17, 2025 as to why an order should not be made and entered granting the Petitioner his requested relief in his Motion to Expedite (ECF No. 5) pursuant to the Hague Convention and the International Child Abduction Remedies Act ("ICARA") (ECF No. 6).

On March 13, 2025, service of the pleadings and this Court's order to show cause was effectuated upon Respondent (ECF No. 8). On March 17, 2025, counsel for Petitioner appeared. There was no appearance from Respondent.

It is this ___ day of March, 2025:

ORDERED that the United States Marshals Service shall proceed to Respondent's residence, retrieve the passports of the subject children, S.S. and A.S., and deliver them to the Clerk of the Court for safekeeping pending the resolution of this proceeding. Respondent's residence is located at 420 MacDonough Street, Brooklyn, New York 11233.

_____
Hon. Brian M. Cogan