**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

In the Matter of S.S. and A.S.,      )
           )
DORAN ANTHONY SATCHEL      )
           )
         Petitioner,      )
           )
vs.           )
           )
RENE ALEXIS KIZZI SATCHEL      )
           )
         Respondent.      )
_____)

**REQUEST FOR CERTIFICATE OF DEFAULT**

No. 1:25-cv-01309

TO:    BRENNA B. MAHONEY
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

        Please enter the default of Respondent, Rene Alexis Kizzi Satchel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Richard Min, Esq.

Dated: March 24, 2025

        Respectfully submitted,

        /s/ Richard Min
        Richard Min, Esq.
        Green Kaminer Min & Rockmore LLP
        420 Lexington Avenue, Suite 2821
        New York, New York 10170
        Telephone: 212-681-6400
        Facsimile: 212-681-6999
        Email: rmin@gkmrlaw.com