**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of S.S. and A.S., ) <br> ) <br> DORAN ANTHONY SATCHEL ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> RENE ALEXIS KIZZI SATCHEL ) <br> ) <br> Respondent. ) | **CLERK'S CERTIFICATE OF DEFAULT** <br><br> No. 1:25-cv-01309 |

I, Brenna B. Mahoney, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on March 6, 2025, with the filing of a summons and complaint, a copy of the summons and complaint was personally served on respondent on March 13, 2025, and proof of service was therefore filed on March 17, 2025. ECF No. 8. I further certify that the docket entries indicate that the respondent has not filed an answer or otherwise moved with respect to the complaint herein. The default of the respondent is hereby noted.

Dated: March 24, 2025
  New York, New York

BRENNA B. MAHONEY
Clerk of Court

By: _____
  Deputy Clerk