UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
In the Matter of S.S. and A.S.,            )
                                           )
DORAN ANTHONY SATCHEL                      )
                                           )     **AFFIRMATION OF SERVICE**
          Petitioner,           )
                                           )     No. 1:25-cv-01309
vs.                                        )
                                           )
RENE ALEXIS KIZZI SATCHEL                  )
                                           )
          Respondent.           )
_____)

I, Camilla Redmond Costa, declare under penalty of perjury that I have served via Fedex Overnight Mail and First Class Mail a copy of the Request for Certificate of Default (ECF No. 10), Declaration in Support (ECF No. 10-1), and Clerk's Proposed Certificate of Default (ECF No. 10-2) upon Respondent Rene Alexis Kizzi Satchel whose address is: 420 MacDonough St, Brooklyn, NY 11233.

Dated: March 26, 2025
       New York, New York

                                                    *Camilla Redmond Costa*
                                                    Camilla Redmond Costa, Esq.
                                                    Green Kaminer Min & Rockmore LLP
                                                    420 Lexington Avenue, Suite 2821
                                                    New York, New York 10170
                                                    Telephone: 212-681-6400
                                                    Facsimile: 212-681-6999