UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
In the Matter of S.S. and A.S.,            )
                                           )
DORAN ANTHONY SATCHEL                      )
                                           )     **CLERK'S CERTIFICATE OF**
              Petitioner,                  )     **DEFAULT**
                                           )
vs.                                        )     No. 1:25-cv-01309
                                           )
RENE ALEXIS KIZZI SATCHEL                  )
                                           )
              Respondent.                  )
_____)

     I, Brenna B. Mahoney, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on March 6, 2025, with the filing of a summons and complaint, a copy of the summons and complaint was personally served on respondent on March 13, 2025, and proof of service was therefore filed on March 17, 2025. ECF No. 8. I further certify that the docket entries indicate that the respondent has not filed an answer or otherwise moved with respect to the complaint herein. The default of the respondent is hereby noted.

    Dated: April 8, 2025
           Brooklyn, New York

                                                         BRENNA B. MAHONEY
                                                         Clerk of Court

                                                      By: *Jalitza Poveda*
                                                          Deputy Clerk