UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
In the Matter of S.S. and A.S.,            )
                                           )
DORAN ANTHONY SATCHEL                      )
                                           )
                Petitioner,                )     No. 1:25-cv-01309
                                           )
vs.                                        )
                                           )
RENE ALEXIS KIZZI SATCHEL                  )
                                           )
                Respondent.                )
_____)

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001** *et seq.*

Before the Court is the Verified Petition for the Return of the Children to Canada (the "Petition") (ECF No. 1). Respondent has defaulted.

Accordingly, **IT IS ORDERED** that Petitioner Doran Anthony Satchel's "Motion for Default Judgment" (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Children are to be returned to Canada, either accompanied by Petitioner or Respondent, within (7) days following the service of this Order.

**IT IS FURTHER ORDERED** that this Order is a determination only of the issues presented to the Court under the Convention and ICARA, 22 U.S.C.A. § 9001 (4).

**IT IS FURTHER ORDERED** that this Order is not a determination or adjudication of custody, visitation, allocation of parental responsibilities, determination of parenting time, or allocation of decision-making responsibility under any other law.

**IT IS FURTHER ORDERED** that the Clerk of the Court forward a copy of this Order by certified mail with return receipt requested and by regular mail to Respondent at 420 MacDonough Street, Brooklyn, New York 11233.

**IT IS FURTHER ORDERED** that the United States Marshals Service personally serve respondent with a copy of this Order wherever they may be found, file written notice once service has been executed, and include respondent's contact information in said notice.

**IT IS FURTHER ORDERED** that Respondent shall not, absent leave of the Court, remove the Children from New York State pending their return to Canada.

**IT IS FURTHER ORDERED** that Petitioner file a notice with the Clerk of Court immediately upon the Children's return to Canada indicating that Respondent has fully complied with the return.

**IT IS FURTHER ORDERED** that should Respondent fail to timely return physical custody of the Children to Petitioner or otherwise return them to Canada in compliance with this order, upon notification from Petitioner of such deficiency, the Court may enlist the services of the United States Marshal to assist Petitioner in carrying out the provisions of this Order.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over this case to permit any modification or enforcement of the Order.

**IT IS FURTHER ORDERED** that Petitioner may move for attorneys' fees within twenty-one (21) days of Petitioner filing a notice that the children have been returned to Canada.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2025

_____
Hon. Brian M. Cogan
United States District Judge